

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2015

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant, who is pro se on appeal, has filed a motion requesting oral argument. We **ORDER** this motion carried with the case. The motion will be determined by the panel of this court to which the appeal is assigned.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court